**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Fax: (718) 504-7555
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 10 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARION KILER, Individually and as the
representative of a class of similarly situated persons,

          Case No.   1:18-cv-1982-NG-CLP

Plaintiff,

- against -

305 FITNESS, INC.,

Defendant.
---------------------------------------------------------------X

### NOTICE OF VOLUNTARY DISMISSAL

     Marion Kiler, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A) hereby provides notice of voluntary dismissal, with prejudice, of the above-referenced matter against 305 Fitness, Inc.  No Answer has been filed in this case.

Dated: Brooklyn, New York
       August 9, 2018

                        SHAKED LAW GOUP, P.C.
                        Attorneys for Plaintiff

                        By:*/s/Dan Shaked*
                           Dan Shaked (DS-3331)
                           44 Court St., Suite 1217
                           Brooklyn, NY 11201
                           Tel. (917) 373-9128
                           Fax (718) 704-7555
                           e-mail: ShakedLawGroup@Gmail.com

So Ordered.
/s/ Nina Gershon
USDJ
9-5-18